UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARINE EXPRESS, INC.,
    Plaintiff,
v.                                                                                          CIVIL NO.: 97-2326 (DRD)
LA FERIA MECHANICA INC., et al.,
    Defendants.

## ORDER

The Plaintiff filed a Motion (Docket No. 12) requesting this action be closed. The Court, pursuant to FED. R. CIV. P. 41(a)(2), **GRANTS** the Plaintiff's motion (Docket No. 12) and, therefore **DISMISSES** this case. Judgment shall be entered accordingly.
**IT IS SO ORDERED.**

Date: August 4, 2000                                                        DANIEL R. DOMINGUEZ
P:\PEACHORD.ERS\97-2326.DIS                                             U.S. DISTRICT JUDGE

Rec'd:            EOD:

By: _____ # 13