UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARINE EXPRESS, INC.,
    Plaintiff,
v.                                      CIVIL NO.: 97-2326 (DRD)
LA FERIA MECHANICA INC., et al.,
    Defendants.

### JUDGMENT

In accordance with the Order of this same date, this case is **DISMISSED**.
**IT IS SO ADJUDGED AND DECREED.**

Date: August 4, 2000                        DANIEL R. DOMINGUEZ
P:\PEACHORD.ERS\97-2326.DIS                U.S. DISTRICT JUDGE

RECEIVED AND FILED
00 AUG -8 AM 7:43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Rec'd:      EOD:

By:     #